UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DETZKY & HUNTER, LLC
MICHAEL L. DETZKY, ESQ
45 COURT STREET
FREEHOLD, NJ 07728
(732) 780-3090
Attorney for Debtors

Order Filed on
9/9/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

MONTGOMERY,
Jeffrey S. & Mary C.

Case No.: 08-16667

Hearing Date: 9/8/2008

Judge: MBK

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 9/9/2008**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Michael L. Detzky, Esq.</u>, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ☑ Filing Fee shall be waived.

4. ☑ The case be immediately reclosed

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

2

*Approved by Judge Michael Kaplan September 09, 2008*