Order Filed on
**9/11/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br> Jeffrey S Montgomery<br> Mary C Montgomery | Case No.:  08-16667<br><br>Adv. No.<br><br>Hearing Date:  No Hearing Required |

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____2_____

is hereby **ORDERED**.


**DATED: 9/11/2008**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case Number: 08-16667

In Re: Jeffrey S Montgomery
Mary C Montgomery

Debtor(s)

## ORDER REGARDING REAFFIRMATION AGREEMENT

The Reaffirmation Agreement between the Debtor(s) and

Ford Motor Credit Company, LLC _____ is:

(Creditor)

_____ ✔ Approved

_____ Disapproved.  However, the Court finds and concludes

that  the Debtor(s) has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and

362(h).  Accordingly, Creditor must seek further order of this Court in order to exercise any remedies

under the subject installment loan agreement with respect to any pre-petition defaults thereunder.

*Approved by Judge Michael Kaplan September  11, 2008*